JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAMMAD TOURE,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Defendant. | Case No. 5:16-cv-01983-RGK (SHK)<br><br>**FINAL JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED:

1. Judgment is entered in favor of Defendant CDCR and Plaintiff shall take nothing, and

2. Each party shall bear its own costs.

Dated: June 14, 2018

_____
Judge of the United States District Court, Central District of California

SD2017705382
71455659.docx